FOURTH DEPARTMENT, NOVEMBER, 1967

(November 30, 1967)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EARL SHERWOOD KINNEY, Appellant.— Present — Williams, P. J., Bastow, Goldman, Del Vecchio and Marsh, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE HARRY SCHAAP, Appellant.— Present — Williams, P. J., Bastow, Goldman, Henry and Marsh, JJ.